UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


IRON THUNDERHORSE                          :
                                           :
        v.                                 :        Case No. 3:15-cv-375 (SRU)
                                           :
JAMES E. DZURENDA, et al.                  :


ORDER OF DISMISSAL

On April 7, 2015, the Court filed an Initial Review Order [Doc. #5] directing the plaintiff

to effect service of the complaint within 90 days and to file returns of service within 100 days.

The returns of service should have been filed no later than July 16, 2015.  To date, the plaintiff

has neither filed returns of service nor sought an extension of time within which to do so.

Accordingly, this matter is hereby **DISMISSED** without prejudice.  The Clerk is directed

to close this case.  In light of the dismissal, the plaintiff's motion for appointment of counsel

[**Doc. #7**] is **DENIED**.

The plaintiff may move to reopen the case provided he can demonstrate good cause for

failing to comply with the court's order.  Any motion to reopen shall be accompanied by returns

of service demonstrating service on all defendants.

**SO ORDERED** this 4th day of August 2015, at Bridgeport, Connecticut.


                                              /s/ Stefan R. Underhill
                                             Stefan R. Underhill
                                             United States District Judge